# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HADLEY ANGELIC SNIDER,

    Plaintiff

v.

AARON FORD,

    Defendant

Case No.: 2:23-cv-02013-APG-MDC

**Order Accepting Report and Recommendation**

[ECF No. 7]

    On April 16, 2024, Magistrate Judge Couvillier recommended that I dismiss this case because plaintiff Hadley Snider did not file an amended complaint by the given deadline. ECF No. 7. Snider did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

    I THEREFORE ORDER that Magistrate Judge Couvillier's report and recommendation (ECF No. 7) is accepted, and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

    DATED this 6th day of May, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE